UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NUMBER: 8:93-cr-162-T-26TGW

RENELLE SAUNDERS a/k/a
Abdur Rashid Islaam

_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on November 17, 2006. The defendant appeared with counsel, Walter Ruiz. Also present was the Probation Officer and Assistant United States Attorney Kelley Howard-Allen.

At the hearing, the defendant did not admit or deny the allegations of violation of supervised release. The Court **FINDS** by a preponderance of the evidence, the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of the defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1.   The Judgment of Supervised Release entered herein on January 21, 1994, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2.   The defendant, Renelle Saunders, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) MONTHS.**

Case 8:93-cr-00162-RAL   Document 438   Filed 11/17/06   Page 2 of 2 PageID 192

Page Two

DONE AND ORDERED, At Tampa, Florida, this 17th day of November 2006.

RICHARD A. LAZZARA
United States District Judge

cc: U.S. Attorney - Kelley Howard-Allen
Defense Counsel - Walter Ruiz
Defendant - c/o Counsel
U.S. Marshal
U.S. Bureau of Prisons
U.S. Probation